ACCEPTED
15-25-00207-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:50 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00207-CV

In the

### Fifteenth Court of Appeals

————————

IN RE NOVARTIS PHARMACEUTICALS CORPORATION,

*Relator.*

————————

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:50:42 PM
CHRISTOPHER A. PRINE
Clerk

Original Proceeding from the 71st Judicial District Court in Harrison County, Texas

Trial Court Cause No. 23-0276

The Honorable Brad Morin Presiding

————————

**Steven A. Engel's Unopposed Motion for *Pro Hac Vice* Admission**

————————

STEVEN A. ENGEL
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
(202) 261-3369
steven.engel@dechert.com

**Counsel for *Amicus Curiae***

i

TO THE HONORABLE COURT OF APPEALS:

I, Steven A. Engel, move the Court for permission to appear before the Court *pro hac vice,* under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, as attorney for Appellees, and would show the Court the following:

I.
FACTS

My contact information is as follows:

> Steven A. Engel
> DECHERT LLP
> 1900 K Street, NW
> Washington, DC 20006
> (202) 261-3369
> steven.engel@dechert.com

I am associated with resident attorney Lindsey Cohan who will personally participate in this case on behalf of Amicus Curiae. Ms. Cohan is a practicing attorney and a member in good standing with the State Bar of Texas. Her state bar number and contact information is as follows:

> Lindsey B. Cohan
> State Bar No. 24083903
> Dechert LLP
> 515 Congress Avenue, Suite 1400
> Austin, TX  78701-3902
> (512) 394-3000
> (512) 394-3001
> lindsey.cohan@dechert.com

Ms. Cohan is concurrently filing an unopposed motion recommending that I be granted permission to participate in the proceeding before the Court.

I am an active member in good standing in:

| | |
|---|---|
| State | New York |
| State | District of Columbia |
| Federal | Supreme Court of the United States |
| Federal | U.S. Court of Appeals for the District of Columbia Circuit |
| Federal | U.S. Court of Appeals for the Second Circuit |
| Federal | U.S. Court of Appeals for the Third Circuit |
| Federal | U.S. Court of Appeals for the Fourth Circuit |
| Federal | U.S. Court of Appeals for the Fifth Circuit |
| Federal | U.S. Court of Appeals for the Seventh Circuit |
| Federal | U.S. Court of Appeals for the Ninth Circuit |
| Federal | U.S. Court of Appeals for the Eleventh Circuit |
| Federal | U.S. District Court for the District of Columbia |
| Federal | U.S. District Court for the Eastern District of New York |
| Federal | U.S. District Court for the Southern District of New York |

I have not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which I have been licensed.

I have not been denied admission to the courts of any state or to any federal court during the last five (5) years.

I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas. I will at all times abide by and comply with those rules as long as this cause of action is pending and I have not withdrawn as counsel from the proceeding.

In the last two (2) years, I have appeared in one case in Texas state courts:

     i.    *In Re Novartis Pharmaceuticals Corporation* Cause No. 24-0239 (Supreme Court of Texas)

Proof of payment from the Board of Law Examiners is attached as Exhibit A.

II.
PRAYER

For these reasons, I ask this Court to grant my Unopposed Motion for *Pro Hac Vice* Admission and allow me to appear before this Court in this proceeding until the conclusion of this case.

Respectfully submitted,

*/s/ Steven A. Engel*
Steven A. Engel
steven.engel@dechert.com
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
P: (202) 261-3369
F: (202) 261-3333

**ATTORNEY FOR *AMICUS CURIAE***

## DECLARATION

My name is Steven A. Engel and my business address is 1900 K Street, NW, Washington, DC 20006.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on the 21st day of November, 2025.

/s/ *Steven A. Engel*
Steven A. Engel
.

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 20, 2025, counsel for *Amicus Curiae* conferred with counsel for all parties, who stated that they do not oppose the relief sought herein.

/s/ Lindsey B. Cohan
Lindsey B. Cohan

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Appellate Procedure on November 21, 2025.

/s/ Lindsey B. Cohan
Lindsey B. Cohan

# EXHIBIT A

# Board of Law Examiners

Appointed by the Supreme Court of Texas

November 20, 2025

Riley Compton
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

> **Non-resident attorney: Steven A. Engel**
>
> **Case: 15-25-00207-CV**
>
> **Texas court or body: 15th Court of Appeals**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lindsey Cohan
Bar No. 24083903
lindsey.cohan@dechert.com
Envelope ID: 108352918
Filing Code Description: Motion
Filing Description: Unopposed Motion for Pro Hac Vice Admission of Steven A. Engel
Status as of 11/21/2025 4:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deron Dacus | 790553 | ddacus@dacusfirm.com | 11/21/2025 3:50:42 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/21/2025 3:50:42 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/21/2025 3:50:42 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/21/2025 3:50:42 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/21/2025 3:50:42 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/21/2025 3:50:42 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/21/2025 3:50:42 PM | SENT |
| Eric B.Halper | | ehalper@mckoolsmith.com | 11/21/2025 3:50:42 PM | SENT |
| Radu A. Lelutiu | | rlelutiu@mckoolsmith.com | 11/21/2025 3:50:42 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/21/2025 3:50:42 PM | SENT |
| Jordan Underhill | | Jordan.Underhill@oag.texas.gov | 11/21/2025 3:50:42 PM | ERROR |
| Ross Galin | | rgalin@omm.com | 11/21/2025 3:50:42 PM | SENT |
| Meredith Garagiola | | mgaragiola@omm.com | 11/21/2025 3:50:42 PM | SENT |
| Anton Metlitsky | | ametlitsky@omm.com | 11/21/2025 3:50:42 PM | SENT |
| Danny S.Ashby | | dashby@omm.com | 11/21/2025 3:50:42 PM | SENT |
| Jonathan D. Bonilla | | Jonathan.Bonilla@oag.texas.gov | 11/21/2025 3:50:42 PM | ERROR |
| Litigation Calendar | | litigationcalendar@omm.com | 11/21/2025 3:50:42 PM | SENT |